

# NUMBER 13-13-00151-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

ARTHUR CANN,                                                                          Appellant,

v.

THE STATE OF TEXAS,                                                                  Appellee.

---

### On appeal from the 148th District Court
### of Nueces County, Texas.

---

# ORDER

### Before Chief Justice Valdez and Justices Benavides and Longoria
### Order Per Curiam

The Honorable Stan Turpen, counsel for appellant, Arthur Cann, has filed a motion to withdraw as counsel in this cause and extend time to file appellant's brief. According to the motion to withdraw, counsel was appointed to represent appellant and there is not a workable attorney client relationship. Counsel requests permission to withdraw and

that another attorney be appointed for purposes of appeal. We GRANT the motion for extension of time to file the brief and ABATE and REMAND this cause as follows.

Upon remand, the trial court shall utilize whatever means necessary to make appropriate findings and recommendations concerning the following: (1) whether appellant desires to prosecute this appeal; (2) whether appellant has been denied effective assistance of counsel; and (3) whether appellant is indigent and entitled to court-appointed counsel.

If the trial court determines that appellant does want to continue the appeal and that appellant is indigent and entitled to court-appointed counsel, the trial court shall appoint new counsel to represent appellant in this appeal. If new counsel is appointed, the name, address, telephone number, and state bar number of said counsel shall be included in an order appointing counsel.

The trial court shall cause its findings and recommendations, together with any orders it may enter regarding the aforementioned issues, to be included in a supplemental clerk's record. Furthermore, the trial court shall cause a supplemental reporter's record of any proceedings to be prepared. The supplemental clerk's record and supplemental reporter's record, if any, shall be filed with the Clerk of this Court on or before the expiration of thirty days from the date of this order.

It is so ORDERED.

PER CURIAM

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed the
10th day of February, 2013.